# S Seyfarth

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

ssverdlov@seyfarth.com
T (212) 218-5547

www.seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-7-2020

January 6, 2020

**VIA ECF**

Hon. John G. Koeltl
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 1120110007

**Re:** ***Deleston v. Les Cafes Lacolombe L.L.C. et al.,***
**Civil Action No.: 1:19-cv-10059-JGK (S.D.N.Y.)**

Dear Judge Koeltl:

> *[Handwritten endorsement:]* Time for Defendants to respond to the Complaint extended to February 7, 2020. Conference adjourned to Thursday, March 12, 2020, at 4:30 PM.
> SO ORDERED.
> 1/7/20  /s/ J. G. Koeltl
> USDJ

This firm represents Defendants La Colombe Torrefaction, Inc. (incorrectly identified in the Complaint as "Les Cafes Lacolombe L.L.C.") ("La Colombe") and Pony Real Estate LLC (collectively, "Defendants") in the above-referenced matter. We write with the consent of Plaintiff Jermaine Deleston ("Plaintiff") to respectfully request: (1) a thirty (30) day extension of time for Defendants to respond to the Complaint, up to and including February 7, 2020; and (2) a thirty (30) day adjournment of the Initial Conference presently scheduled for January 30, 2020. This is Defendants' second request for an extension of Defendants' responsive pleading deadline, and first request for an adjournment of the Initial Conference.

By way of background, Plaintiff commenced this action on or about October 30, 2019. (ECF No. 1.) On December 5, 2019, La Colombe requested a 30-day extension of Defendants' responsive pleading deadline from December 9, 2019 to January 8, 2020, which the Court granted. (ECF Nos. 11-12.) On December 9, 2019, the Court issued an Order for an Initial Conference on January 30, 2020.

Since the Court granted Defendants' first request for an extension of their responsive pleading deadline, Defendants have been investigating the allegations in the Complaint and the physical conditions at the subject property. Defendants are requesting this second extension to provide them with additional time to investigate the allegations in the Complaint, and to explore a potential non-litigated resolution of this action with Plaintiff. Defendants are likewise requesting an adjournment of the Initial Conference so that it occurs after Defendants file their responsive pleading, and to allow the parties to focus their time and resources on a potential non-litigated resolution. We have communicated with counsel for Plaintiff, and Plaintiff consents to these requests.

We respectfully submit this letter in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled deadlines. We thank the Court for its time and attention to this matter.

61007909v.2



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Samuel Sverdlov*

Samuel Sverdlov

cc:    All counsel of record (via ECF)