

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

ssverdlov@seyfarth.com
T (212) 218-5547

www.seyfarth.com

> Application granted.
> SO ORDERED.
>
> New York, NY   /s/ John G. Koeltl
> April 8, 2020   John G. Koeltl, U.S.D.J.

April 7, 2020

**VIA ECF**

Hon. John G. Koeltl
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 1120110007

Re:   *Deleston v. Les Cafes Lacolombe L.L.C. et al.*,
      Civil Action No.: 1:19-cv-10059-JGK (S.D.N.Y.)

Dear Judge Koeltl:

This firm represents Defendants La Colombe Torrefaction, Inc. (incorrectly identified in the Complaint as "Les Cafes Lacolombe L.L.C.") ("La Colombe") and Pony Real Estate LLC (collectively, "Defendants") in the above-referenced matter. We write jointly with Plaintiff Jermaine Deleston ("Plaintiff") to respectfully request a thirty (30) day extension of the deadline to restore this action, from April 8, 2020 to May 8, 2020.

By way of background, Plaintiff filed a Notice of Settlement on March 4, 2020. (ECF No. 19.) On March 10, 2020, the Court issued an Order of Discontinuance, which discontinued this action with prejudice, but provided that Plaintiff may apply for restoration of this action by April 8, 2020. (ECF No. 20.) The parties have been exchanged drafts of a proposed settlement agreement but require additional time to consummate the agreement, given the substantial business disruption and related challenges presented by the current public health emergency.

This is the first request for an extension of the deadline to restore this action, the granting of which will not impact any other deadlines. We respectfully submit this letter in good faith and not to cause undue delay. We thank the Court for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ Samuel Sverdlov

Samuel Sverdlov

cc:   All counsel of record (via ECF)

63110423v.1