

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

May 6, 2020

United States District Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

> Time to reopen is extended to July 20, 2020. No further extensions.
> SO ORDERED.
> New York, NY    John G. Koeltl
> May 7, 2020     John G. Koeltl, U.S.D.J.

**Re:**   *Deleston v. Les Cafes Lacolombe L.L.C. et al.*, **Case No.: 1:19-cv-10059-JGK**

Dear District Judge Koeltl:

Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. As previously reported, the above referenced action has been settled. Due to the COVID-19 pandemic, the settlement terms still need to be effectuated, which we anticipate will take place by July 20, 2020. Respectfully, we are requesting together with counsel for the defendants an extension of time until July 20, 2020 to file a Stipulation of Dismissal.

We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc:   Samuel Sverdlov, Esq. *(via CM/ECF)*
      Howard M. Wexler, *(via CM/ECF)*